NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAJD KAM-ALMAZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5059

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-007, Judge Lawrence M. Baskir.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

Muslim Advocates moves for leave to file a brief amicus curiae in support of the appellant. The United States filed a response and then moved to amend its response to indicate that it does not oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Muslim Advocates' motion is granted. The motion to amend the response is granted.

(2) The United States' brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**SEP 3 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
    Sarah A. Murray, Esq.
    Amjad M. Khan, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 3 0 2011**

**JAN HORBALY**
**CLERK**